![black bar]

**No. 09-790. Edmund Zagorski, Petitioner v. Ricky Bell, Warden.**

561 U.S. 1019, 130 S. Ct. 3494, 177 L. Ed. 2d 1082, 2010 U.S. LEXIS 5199.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1068, 130 S. Ct. 2094, 176 L. Ed. 2d 723, 2010 U.S. LEXIS 3281.

![black bar]

**No. 09-1037. Patricia A. Wilson, Petitioner v. Roberts J. Adams & Associates.**

561 U.S. 1020, 130 S. Ct. 3494, 177 L. Ed. 2d 1082, 2010 U.S. LEXIS 5241.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1092, 130 S. Ct. 2379, 176 L. Ed. 2d 768, 2010 U.S. LEXIS 3638.

![black bar]

**No. 09-1135. Harold Brian Krieg, Petitioner v. Kent J. Dawson, Judge, United States District Court for the District of Nevada, et al.**

561 U.S. 1020, 130 S. Ct. 3494, 177 L. Ed. 2d 1082, 2010 U.S. LEXIS 5239.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1093, 130 S. Ct. 2388, 176 L. Ed. 2d 769, 2010 U.S. LEXIS 3615.

![black bar]

**No. 09-7010. LaAnthony Cletae Cain, Petitioner v. United States.**

561 U.S. 1020, 130 S. Ct. 3494, 177 L. Ed. 2d 1082, 2010 U.S. LEXIS 5219.

June 21, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1033, 130 S. Ct. 646, 175 L. Ed. 2d 494, 2009 U.S. LEXIS 8192.

![black bar]

**No. 09-8952. Emilio Jesus Nunez, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

561 U.S. 1020, 130 S. Ct. 3495, 177 L. Ed. 2d 1082, 2010 U.S. LEXIS 5228.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1052, 130 S. Ct. 2348, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 3098.

![black bar]

**No. 09-8992. Ellis Harley Barber, Petitioner v. Federal Bureau of Investigation, et al.**

561 U.S. 1020, 130 S. Ct. 3495, 177 L. Ed. 2d 1082, 2010 U.S. LEXIS 5249.

June 21, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1073, 130 S. Ct. 2099, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3284.